USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/13/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| KIRAN VUPPALA, | |
|---|---|
| Plaintiff, | |
| -against- | 1:19-cv-04243 (ALC) |
| ATELIER PAULIN CORP and BETH ANN BOGART, | **ORDER** |
| Defendants. | |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to this Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated: November 13, 2019
New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**